No. 82–809. TABELING *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–929. BURKS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–964. DUNNE ET AL. *v.* HANSEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–978. TONUBBEE *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 82–990. MARVIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–1016. SOUTH CENTRAL BELL TELEPHONE CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 82–1024. BOEING CO. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–1033. OHIO *v.* WILMOTH. Sup. Ct. Ohio. Certiorari denied.

No. 82–1070. BENEDETTO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–1088. GUMM, DBA DESERT-AIRE MOBILE HOME STYLING & SALES, INC. ET AL. *v.* TURNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1090. ASHLAND OIL, INC. *v.* DELTA OIL PRODUCTS CORP. C. A. 7th Cir. Certiorari denied.

No. 82–1092. CONTINENTAL MANORS, INC. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.